| | |
|---|---|
| MAGGIE WACHTER | Index #: 08 CV 5272 |
| Plaintiff(s) | |
| - against - | Date Filed: |
| QUATROCHI ART AGENTS, LTD AND DAY & MEYER, MURRAY & YOUNG CORP. | **AFFIDAVIT OF SERVICE** |
| Defendant(s) | |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on July 11, 2008 at 11:20 AM at

THE OFFICE OF THE SECRETARY OF STATE
99 WASHINGTON AVENUE
ALBANY, NY12210

deponent served the within two true copies of the SUMMONS & VERIFIED COMPLAINT, JUDGE'S RULES AND ELECTRONIC CASE FILING on DAY & MEYER, MURRAY & YOUNG CORP., the defendant/respondent therein named,

**SECRETARY OF STATE**   by delivering two true copies to DONNA CHRISTIE personally, an agent in the office of the Secretary of State of the State of New York and knew said individual to be AUTHORIZED to accept thereof.

Service upon the N.Y.S. Secretary of State under Section 306 of the Business Corporation Law and tendering the required fee of $40.00.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLONDE | 35 | 5'5 | 145 |

Sworn to me on: July 14, 2008

| | | | |
|---|---|---|---|
| Linda Forman<br>Notary Public, State of New York<br>No. 01FO5031305<br>Qualified in New York County<br>Commission Expires August 1, 2010 | Robin M. Forman<br>Notary Public, State of New York<br>No. 01FO6125415<br>Qualified in New York County<br>Commission Expires April 18, 2009 | Larry Yee<br>Notary Public, State of New York<br>No. 01YE5015682<br>Qualified in New York County<br>Commission Expires July 26, 2009 | **STEVEN C. AVERY**<br><br>Docket #: 572570 |